**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 647 EAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MICHAEL A. GLOVER, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 648 EAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MICHAEL A. GLOVER, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 649 EAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MICHAEL A. GLOVER, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 650 EAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

MICHAEL A. GLOVER,                            :
                                              :
            Petitioner                        :
                                              :
COMMONWEALTH OF PENNSYLVANIA,                  :   No. 651 EAL 2019
                                              :
            Respondent                        :
                                              :
                                              :   Petition for Allowance of Appeal
                                              :   from the Order of the Superior Court
            v.                                :
                                              :
                                              :
MICHAEL A. GLOVER,                            :
                                              :
            Petitioner                        :
                                              :
COMMONWEALTH OF PENNSYLVANIA,                  :   No. 652 EAL 2019
                                              :
            Respondent                        :
                                              :
                                              :   Petition for Allowance of Appeal
                                              :   from the Order of the Superior Court
            v.                                :
                                              :
                                              :
MICHAEL  GLOVER,                             :
                                              :
            Petitioner                        :


## <u>ORDER</u>


**PER CURIAM**

        **AND NOW**, this 27th day of May, 2020, the Petition for Allowance of Appeal is

**DENIED**.